# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEOUL LASER DIEBOARD SYSTEM CO. LTD., a South Korea corporation,<br><br>Plaintiff,<br><br>v.<br><br>WEIFUNG HANDUN CNC EQUIPMENT CO., LTD, a Chinese company limited, and WUHAN KING SUNTIME CNC EQUIPMENT CO., LTD., a Chinese company limited,<br><br>Defendants. | CASE NO. 16cv0937 DMS (MDD)<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION FOR DEFAULT JUDGMENT** |

This case came on for hearing on July 22, 2016, on Plaintiff's motion for default judgment and permanent injunction against Defendants Weifang Handun CNC Equipment Co., Ltd. and Wuhan King Suntime CNC Equipment Co., Ltd. Lisel Ferguson appeared for Plaintiff. Neither Defendant made an appearance. After reviewing Plaintiff's motion along with the record on file in this case and the relevant legal authorities, Plaintiff's motion for default judgment is denied without prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

If Plaintiff believes it has effected service of process on Defendants in accordance with Federal Rule of Civil Procedure 4(h), it may renew its motion for default judgment.

**IT IS SO ORDERED**.

DATED: July 25, 2016

HON. DANA M. SABRAW
United States District Judge