# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEOUL LASER DIEBOARD SYSTEM CO. LTD., a South Korea corporation,<br><br>    Plaintiff,<br><br>v.<br><br>WEIFUNG HANDUN CNC EQUIPMENT CO., LTD, a Chinese company limited, and WUHAN KING SUNTIME CNC EQUIPMENT CO., LTD., a Chinese company limited,<br><br>    Defendants. | CASE NO. 16cv0937 DMS (MDD)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART RENEWED MOTION FOR ENTRY OF DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

This case comes before the Court on Plaintiff's renewed motion for entry of default judgment and permanent injunction. The motion was served on Defendants, who did not file anything in response.

Plaintiff seeks a permanent injunction against Defendants' infringement of its patents and trademarks and an award of attorneys' fees under 35 U.S.C. § 285. At oral argument on Plaintiff's previous motion for default judgment, counsel for Plaintiff represented to the Court that the patents in suit had recently expired. Therefore, the Court denies Plaintiff's request for injunctive relief on the patent infringement claims. The Court will, however, issue an injunction on the trademark infringement claim. The Court also denies Plaintiff's request for attorneys' fees on the ground Plaintiff has failed to show this is an extraordinary case. Accordingly, IT IS HEREBY ORDERED:

1. WEIFANG, together with its officers, employees, agents, successors and assigns, are hereby permanently enjoined from using the SDS Trademarks "SDS," "Easy Bender," "ChannelBender" and "Channel Bender," which marks have registration numbers 3582411, 3405475, 4473284 and 4359831, respectively.

2. WUHAN, together with its officers, employees, agents, successors and assigns, are hereby permanently enjoined from using the SDS Trademarks "SDS," "Easy Bender," "ChannelBender" and "Channel Bender," which marks have registration numbers 3582411, 3405475, 4473284 and 4359831, respectively.

DATED: September 19, 2016

_____
HON. DANA M. SABRAW
United States District Judge